**IT IS ORDERED as set forth below:**

**Date: February 6, 2020**



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| **IN THE MATTER OF:** | : | **CASE NUMBER** |
|---|---|---|
| CHELYRIA M PALMER, | : | 20-62263-LRC |
|  | : |  |
|  | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

### ORDER TO SUPPLEMENT DEBTOR'S APPLICATION
### FOR WAIVER OF THE CHAPTER 7 FILING FEE

The Debtor filed an Application for Waiver of Chapter 7 Filing Fee (the "Application"). The Court cannot adequately evaluate the Application because the Debtor has not completed the income section of the Application and the Debtor's filed Schedule I is incomplete such that the Court determine the Debtor's "net income." Without this information, the Court cannot determine whether the Debtor is qualified to

receive a filing fee waiver.   Accordingly, it is hereby

**ORDERED** that, on or before **February 28, 2020**, the Debtor is directed to amend the Application to include income information and amend Schedule I to include payroll deduction information.  If these documents are not filed within the time allowed, the Application for Waiver of Chapter 7 Filing Fee may be denied.

The Clerk is directed to serve a copy of this order upon the Debtor, the Chapter 7 Trustee, and the United States Trustee.

**END OF DOCUMENT**